Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for Defendants APPLE TEN SPE CAPISTRANO, INC. and RESIDENCE INN BY MARRIOTT, LLC

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>　　　　　Plaintiff,<br>v.<br><br>APPLE TEN SPE CAPISTRANO, INC., a California Corporation; RESIDENCE INN BY MARRIOTT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants. | Case No.:  8:20-cv-02379-CJC-DFM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:　　　March 8, 2021<br>Time:　　　1:30 P.M.<br>Courtroom:　9B<br><br>Hon. Cormac J. Carney |

Notice of Motion and Motion to Dismiss Complaint

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on March 8, 2021, or as soon thereafter as the matter may be heard in Courtroom 9B of the above-entitled court, Defendants APPLE TEN SPE CAPISTRANO, INC. and RESIDENCE INN BY MARRIOTT, LLC will and hereby do move to dismiss the Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6). All of the asserted claims arise from Plaintiff's visit to the Defendants' reservations website (the "Website"), and Plaintiff's claim that the Website fails to provide sufficient information about the accessible features in the accessible guestrooms in violation of the Americans with Disabilities Act and California's Unruh Civil Rights Act. The Complaint lacks sufficient factual allegations under applicable pleading standards to establish a plausible entitlement to relief with respect to any of the claims asserted.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, all pleadings and documents on file herein, and on such other and further evidence as may be presented at or before the hearing on this matter.

This motion is made following the conference of counselwhich took place on December 4, 2020.

WHEREFORE, defendants APPLE TEN SPE CAPISTRANO, INC. and RESIDENCE INN BY MARRIOTT, LLC respectfully request that this Court dismiss the Complaint with prejudice and without leave to amend.

                                        Respectfully Submitted,

                                        STILLMAN & ASSOCIATES

Dated: January 24, 2021          By: _____
                                        Philip H. Stillman, Esq.
                                        Attorneys for Defendant
                                        APPLE TEN SPE CAPISTRANO, INC. and
                                        RESIDENCE INN BY MARRIOTT, LLC

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on January 24, 2021 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities, the Request for Judicial Notice and Proposed Order was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for
APPLE TEN SPE CAPISTRANO, INC. and
RESIDENCE INN BY MARRIOTT, LLC